USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOPEZ,<br><br>                                **Plaintiff,**<br><br>             -against-<br><br>COLD STONE CREAMERY RESTAURANTS, LLC,<br><br>                                **Defendant.** | 19-cv-10081 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   June 3, 20202
           New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**